UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO<br><br>    Plaintiff,<br><br>v.<br><br>BBP MARKET, INC., et al.,<br><br>    Defendants. | No.  1:15-cv-01586-DAD-SKO<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 10) |

On January 19, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 10.)  No answer, motion for summary judgment, or counterclaim has been filed in this action.  Accordingly, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice.  The Court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **January 22, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1